FILED
CLERK, U.S. DISTRICT COURT
APR - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUBHASH CHADHA,<br><br>            Petitioner,<br>v.<br><br>LINDA SANDERS, Warden<br><br>           Respondent. | Case No. CV 09-4423 GW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 6, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY